UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GREGORY ABBOTT, et al.,<br><br>Defendants | Case No. 19-mj-06087-MPK |

## <u>CERTIFICATION OF PERRY J. VISCOUNTY IN SUPPORT OF<br>MOTION FOR ADMISSION *PRO HAC VICE*</u>

I, Perry J. Viscounty, hereby state as follows:

1. I am a partner at Latham & Watkins LLP, located at 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

2. I have been retained to represent Defendants Mossimo Giannulli and Lori Loughlin in the above-captioned matter, and I submit this declaration in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the state of California, as well as in the U.S. District Court for the Central District of California, U.S. District Court for the Northern District of California, U.S. District Court for the Eastern District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Eastern District of Missouri, U.S. District Court for the District of Colorado, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Second Circuit, and the U.S. Supreme Court.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2019                                    /s/ Perry J. Viscounty____
                                                                                                    Perry J. Viscounty