AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LORI LOUGHLIN | ) | Case No. 19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

RECEIVED
2019 MAR 11 P 1:22
U.S. MARSHALS SERVICE
BOSTON, MA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LORI LOUGHLIN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
2019 MAR 14 AM 9:44

Date: 03/11/2019

*Issuing officer's signature*

City and state: Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/13/19

*Arresting officer's signature*

*Printed name and title*